UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14081-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUMURIA MONTEL MCGRIFF,

    Defendant.
_____/



FILED by _____ D.C.

MAY 14 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON FINAL HEARING IN RESPECT TO THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a final hearing on May 9, 2018 with respect to the Petition for Warrant or Summons for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court on May 9, 2018 for a final hearing on the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 2, 2018, in Indian River County, Florida, the defendant did commit the offense of possession of marijuana under 20 grams, contrary to Florida Statute 893.13(6)(B). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 2, 2018, in Indian River County, Florida, the defendant did commit the offense of resisting arrest without violence, contrary to Florida Statute 843.02. |

2. The Government proceeded by proffer and relied on the facts set forth in the Petition and accompanying Memorandum from USPO Robert Tango. The Government also introduced as Exhibit 1 the Probable Cause Affidavit of Officer Ernesto Macias from the Indian

River County Sheriff's Office. According to the Affidavit, on April 2, 2018, Officer Macias observed Defendant speeding and stopped his vehicle. During the traffic stop, officers observed Defendant stuff a clear plastic bag containing a leafy green substance into his shorts. Defendant then exited the vehicle and fled on foot despite numerous verbal commands to stop running. Defendant was arrested after a brief foot chase and charged with possession of under 20 grams of marijuana and resisting arrest without violence. The state charges are still pending.

3.   The undersigned explained to Defendant his right to have the Government call Officer Macias to testify and to have an attorney cross-examine Officer Macias on Defendant's behalf in court. Defendant waived that right. Defendant stated that he wished to stand mute to both the evidence and the charges given the pending state cases against him. Defendant had no objection to the Court taking into consideration the evidence proffered by the Government as set forth in the Petition and Memorandum and in Officer Macias' Affidavit. Defendant understands that based on that evidence this Court will recommend to the District Court that he be found to have violated his supervised release in respect to each of the above violations. Defendant also understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

4.   This Court has taken into consideration the information proffered by the Government and finds that it establishes by a preponderance of the evidence that the Defendant committed the violations as set forth in the Petition pending before the Court. Based upon the foregoing evidence, this Court will recommend to the District Court that the Defendant has committed the above violations of supervised release and that the Government has proven those violations by a preponderance of the evidence.

5. The possible maximum penalties faced by Defendant were read into the record at the initial and final hearings, and Defendant stated that he understands those penalties.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Numbers 1 and 2, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 14th day of May, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE